**Order entered January 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01294-CV

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER
Before Chief Justice Wright, Justice Francis, and Justice Stoddart

Before the Court is the December 18, 2017 motion of Coppell Independent School District to dismiss appellant's amended notice of appeal. We **DENY** the motion.

On the Court's own motion, we construe the amended notice of appeal as a notice of appeal and **DIRECT** the Clerk of this Court assign a new appellate cause number to the notice of appeal filed in this appeal on November 29, 2017.

In the notice of appeal, appellant states he is appealing from the modification order in the suit affecting the parent-child relationship signed on October 20, 2017. A notice of appeal from that order was due on Monday, November 20, 2017. *See* TEX. R. APP. P. 26.1. Appellant filed the notice of appeal, nine days past the deadline. However, because the notice of appeal was filed within fifteen days of the deadline, appellant can remedy the timeliness problem by filing, by **January 22, 2017**, a motion for extension of time that complies with rule of appellate

procedure 10.5(b).  *See* TEX. R. APP. P. 26.3, 10.5(b).  We caution appellant that failure to file an extension motion within the time specified may result in dismissal of the appeal in the newly assigned appellate cause number without further notice.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE